UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 2:17-cr-55-FtM-38MRM

MARK ANTHONY TAYLOR
_____

### FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Order of Forfeiture for (1) a SCCY Industries 9mm pistol, serial number 354260 and (2) 11 rounds of Triton 9mm ammunition.

On March 14, 2018, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 75.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from March 16, 2018 through April 14, 2018.   Doc. 78.   The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.   No third party has filed a petition or claimed an interest in the ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on May 21, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record